# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        V.                            CASE NUMBER: **05-C-1166**
                                                      **(96-Cr-4)**

**CARVESTER CARVER**,

        Movant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Carvester Carver's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED. This case is hereby DISMISSED.**

| | |
|---|---|
| **November 10, 2005** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |